In the Matter of JOSEPH CAMARANO, Appellant, against ROSE FINIGUERRA, Respondent.— Order dismissing writ of habeas corpus and awarding custody of children to respondent, affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.

In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the BROOKLYN-QUEENS CONNECTING HIGHWAY AND PARK ADDITIONS (FURMAN STREET) FROM HAMILTON AVENUE AT HICKS STREET TO PARK AVENUE AT NAVY STREET, in the Borough of Brooklyn. PIETRO TOMAO et al., Appellants.— In a condemnation proceeding, fourth partial and separate final decree, making an award of $32,000 to appellants for Damage Parcel No. 736, insofar as appealed from, affirmed, with costs. No opinion. Johnston, Acting P. J., Adel and Sneed, JJ., concur; Nolan and Wenzel, JJ., dissent and vote to reverse the decree and to order a new trial on the ground that upon the basis of the evidence in the record the award is inadequate.

In the Matter of ROBERT W. HEUER, Appellant, against VILLAGE OF SCARSDALE, WESTCHESTER COUNTY, Respondent.— Order of the County Court, Westchester County, denying appellant's motion to vacate a subpœna, issued under section 341-c of the Village Law, and served before an action at law was commenced, affirmed, with $10 costs and disbursements, the examination to proceed on five days' notice. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur. [See post, p. 853.]